# Young Reporting Services



Young Reporting Services
414 N.W. 4th Street
Suite 140
Oklahoma City, OK 73102

(405)236-8426
info@youngreporting.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 02/22/2011 | 3696 |
| TERMS | DUE DATE |
| Net 30 | 03/24/2011 |

**BILL TO**

Mr. Dale Wills
Attorney at Law
Swanson, Martin & Bell
One IBM Plaza, Suite 3300
330 N Wabash Ave
Chicago, IL 60611

| Activity | Amount |
|---|---|
| • JANTZ KINZER, et al. vs. REMINGTON ARMS CO., et al. - Case No. 5:09-CIV-1242-R | |
| • For court reporting services rendered in providing an Original/One Copy of the Deposition of JANTZ KINZER taken on February 15, 2011 in Oklahoma City, OK. | 656.20 |
| • For videograpy services rendered for the above deposition (including video synch) | 450.00 |
| • For court reporting services rendered in providing an Original/One Copy of the Deposition of JOHN CHERRY taken on February 15, 2011 in Oklahoma City, OK. | 465.20 |
| • For videograpy services rendered for the above deposition (including video synch) | 360.00 |

OK to pay

0087-148
3-1-11

THANK YOU - Debra West, CSR and Allison Grimes, Videographer

**TOTAL** $1,931.40

Please return copy with remittance.
Federal I.D. No. 76-0799538
Visit us at www.youngreporting.com



# TRIALVISION/DEPOVISION LTD.

July 27, 2011

Dale G. Wills Esq.
Swanson, Martin & Bell, LLP
330 N. Wabash Ave., Ste 3300
Chicago, IL 60611

In Re: Jantz H. Kinzer and John W. Cherry, et al v Remington Arms Company, Inc., et al

Subject: Derek L. Watkins

Encode the Derek L. Watkins deposition to MPEG-1 format and Video Sync to transcript.

OK *handwritten*
0087-148
8-4-11

| | |
|---|---:|
| | 300.00 |
| Shipping: | 0.00 |
| Total Due $ | 300.00 |

Please remit a copy of the bill with payment        INV.# 2259

77 W. WASHINGTON ST., SUITE 1110 • CHICAGO, ILLINOIS 60602 • (312) 332-4288 • FAX (312) 214-4618

**LAKE SHORE REPORTING CORPORATION**
CERTIFIED SHORTHAND REPORTERS
67 EAST MADISON STREET, SUITE 1515
CHICAGO, ILLINOIS 60603

TEL. (312) 782-9833   FAX (312) 782-5835
www.lakeshorereporting.com   email: LSR@67east.com

TAX I.D. NO.: 20-5524563



# COURT REPORTING INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 118987 | 07/18/11 | 1-52326 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/14/11 | OCONDO | 5:09-CV-01 |

**CASE CAPTION**
Kinzer vs. Remington

**TERMS**
We Appreciate Your Business

Dale G. Wills
Swanson, Martin & Bell, LLP
330 North Wabash
Suite 3300
Chicago, IL 60611

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: Derrick L. Watkins | 148 PGS | 414.40 |
| Multi-Page transcript | | n/c |
| E-Transcript | | 19.00 |
| Delivery | | 6.00 |
| T O T A L   D U E   >>>> | | 439.40 |

OK to ¶
0087-148
7-26-11